BRUCE R. BOYDEN
Attorney at Law
W. 621 Mallon
Suite 607 Flour Mill
Spokane, WA  99201
(509)  327-3457

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In Re:  VECCHIO, RICHARD & TAMMY | ) | |
|---|---|---|
| | ) | |
| | ) | No. 08-02053-PCW7 |
| | ) | |
| | ) | TENDER OF SMALL DIVIDENDS |
| | ) | PURSUANT TO BRCP 3010 |
| Debtor(s). | ) | |
| _____ | ) | |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

There is tendered herewith the sum of $ 1.29 being monies which represents small distribution in this case under $5.00.  The person(s) entitled to these funds are as follows:

| Name | Address | Amount |
|---|---|---|
| Rainer Surgical | 1144 29th St. NW, Auburn WA 98001. | $ 1.29 |

This tender is made in accordance with 11 U.S.C. 347(a).

DATED this 20th day of January, 2010.

/s/Bruce R. Boyden
BRUCE R. BOYDEN
Trustee

TENDER OF UNCLAIMED FUNDS